WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA L. SEARS,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC,<br><br>Defendant. | Case No.: 2:18-cv-01820-GMN-GWF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christina L Sears ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 20, 2018, Plaintiff filed her Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on September 26, 2018. Based on the above service, Seterus' answer or responsive pleading is due on or before October 17, 2018. The Parties have discussed extending the deadline for Seterus to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading be extended to November 15, 2018.

///

///

///

This is the first stipulation for extension of time for Seterus to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 16th day of October, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

DATED this 16th day of Ocotober, 2018.
HAINES& KRIEGER, LLC

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff, Christina L. Sears*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/17/2018