| | |
|---|---|
| 1 | David Krieger, Esq. |
| 2 | Nevada Bar No. 9086 |
|   | HAINES & KRIEGER, LLC |
| 3 | 8985 S. Eastern Avenue, Suite 350 |
|   | Henderson, Nevada 89123 |
| 4 | Tel: (702) 880-5554 |
| 5 | Fax: (702) 385-5518 |
|   | dkrieger@hainesandkrieger.com |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
|   | *CHRISTINA L. SEARS* |
| 8 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA L. SEARS, | Case No. : 2:18-cv-01820-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO SETERUS' MOTION TO DISMISS COMPLAINT** |
| v. | |
| SETERUS, INC., | |
| Defendant. | **(First Request)** |

Plaintiff CHRISTINA L. SEARS ("Plaintiff") and Defendant SETERUS, INC. ("Seterus") (collectively the "Parties") respectfully submit the following Stipulation to allow Plaintiff an extension to file a responsive pleading or an amended complaint in response to Seterus' Motion to Dismiss Complaint (the "MTD") filed on 11/15/2018. ECF No. 9.

Pursuant to Stipulation of the Parties, the Plaintiff shall have until December 20, 2018 to file a responsive pleading or amend the complaint. Seterus shall then have until January 10, 2019 to file a reply or a responsive pleading.

This request is made given the holiday season and the fact that several counsel will be on family vacations. This request is not made to hinder or delay these proceedings.

This is the Parties' first request for an extension.

IT IS SO STIPULATED.

Dated November 21, 2018.  Dated November 21, 2018.

/s/ David Krieger, Esq  /s/ Ramir M. Hernandez, Esq.
David Krieger, Esq.  Ramir M. Hernandez, Esq.
Haines & Krieger, LLC  Wright, Finlay & Zak, LLP
8985 S. Eastern Avenue, Suite 350  7785 W. Sahara Ave.
Henderson, Nevada 89123  Suite 200
  Las Vegas, NV 89117

*Attorneys for Plaintiff*

*Attorneys for Defendant Seterus*

**IT IS SO ORDERED.**

Dated this __26__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT